UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

BAYER HEALTHCARE LLC,

        Plaintiff,

vs.

NORBROOK LABORATORIES, LTD
and NORBROOK, INC. USA,

        Defendants.

Case No. 08-C-0953

---

## PLAINTIFF'S MOTION TO DISMISS DEFENDANTS' INVALIDITY COUNTERCLAIM AND TO STRIKE DEFENDANTS' INVALIDITY DEFENSE

---

      Plaintiff, Bayer Healthcare LLC ("Bayer"), by its counsel, hereby moves the Court for an Order dismissing Count IV of Defendants' Counterclaim (Dkt. 12, ¶ 59) under Fed. R. Civ. P. Rule 12(b)(6) and striking Defendants' Fourth Affirmative Defense (Dkt. 12, ¶ 37) under Fed. R. Civ. P. Rule 12(f). Norbrook failed to plead both the counterclaim and the defense with requisite specificity.

      The bases for this motion are set forth in the Brief and exhibits filed herewith.

      Dated this 22nd day of December, 2008.

**MICHAEL BEST & FRIEDRICH LLP**

By: s/ Paul E. Benson
    Paul E. Benson (SBN 1001457)
    Katherine W. Schill (SBN 1025887)
    100 East Wisconsin Avenue
    Suite 3300
    Milwaukee, WI  53202-4108
    Telephone: (414) 271-6560
    Facsimile:  (414) 277-0656
    pebenson@michaelbest.com
    kwschill@michaelbest.com

Attorneys for Plaintiff
Bayer HealthCare LLC

OF COUNSEL:

Bruce R. Genderson
Aaron P. Maurer
David I. Berl
Stanley E. Fisher
Jamie L. Simpson
WILLIAMS & CONNOLLY, LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005
Telephone:  (202) 434-5000
Facsimile:   (202) 434-5029

T:\CLIENTA\014658\0142\A3009946.1