UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

BAYER HEALTHCARE, LLC,

       Plaintiff,

                                                      Case No. 08-00953

vs.

NORBROOK LABORATORIES, LTD. and
NORBROOK, INC. USA,

       Defendants.

## SEVENTH AMENDED SCHEDULING ORDER

       The Scheduling Order entered by this Court on March 29, 2011 in the above-titled action is hereby amended and restated.

       IT IS ORDERED that:

       1.     This case will be tried to the Court. This case will be called for trial at 9:00 a.m. (CT) on <u>April 16, 2012</u> [previously: February 6, 2012].

       2.     On <u>March 26, 2012, at 2:00 p.m. (CT)</u> [previously January 6, 2011, at 10:00 a.m. (CT)], the Court will initiate and conduct a final pretrial conference call. Pursuant to Civil L. R. 16(c), each party must serve and file a final pretrial report in compliance with the Pretrial Report Order previously issued.

       3.     All requests for expert discovery must be served by a date sufficiently early so that all expert discovery in this case can be completed no later than February 17, 2012 [previously: December 16, 2011]. Neither the pendency of motions nor settlement discussions shall affect any of the dates set in this action, and neither shall justify delays in the taking of expert discovery.

4.	To provide the plaintiff the opportunity to seek preliminary relief in the event that the defendants' Abbreviated New Animal Drug Application ("ANADA") is finally approved, the defendants must not sell or offer for sale their accused ANADA product unless and until 25 days after they have provided the plaintiff with notice that the Food and Drug Administration has issued a final approval of the defendants' ANADA.

5.	The stay of FDA approval of defendants' ANADA is EXTENDED through the April 16, 2012 trial.  See Dkt. 200.

Dated at Milwaukee, Wisconsin, this 9th day of December, 2011.

BY THE COURT:

_____
HON. RUDOLPH T. RANDA
U.S. District Judge

2
Case 2:08-cv-00953-RTR   Filed 12/09/11   Page 2 of 2   Document 249